## 53273. AMERICAN HOME ASSURANCE COMPANY v. DORSETT et al.

DEEN, Presiding Judge.

While the evidence in this case is confusing at best it does at least support the trial judge's finding in effect that the appellee was a bona fide purchaser for value of the automobile against which the appellant sought foreclosure. *Hopkins v. Kemp Motor Sales, Inc.,* 139 Ga. App. 471 (228 SE2d 607).

*Judgment affirmed. Webb and Marshall, JJ., concur.*

SUBMITTED JANUARY 6, 1977 — DECIDED JANUARY 18, 1977 — REHEARING DENIED FEBRUARY 8, 1977.

*Cotton, Katz & White, J. Michael Lamberth,* for appellant.
*Mackay & Elliott, Thomas W. Elliott,* for appellees.